UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHELLE SMITH, and WILLIAM SMITH, wife and husband,<br><br>        Plaintiffs,<br><br>  v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a domestic insurer, licensed to conduct business in Washington state,<br><br>        Defendant. | Cause No.: 2:21−cv−00949−RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 18th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

No. 2:21−cv−00949−RSM
ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS – 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

*Presented by:*

**WATHEN | LEID | HALL |RIDER, P.C.**

*s/Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075

*s/ Christos N. Argiannis*
Christos N. Argiannis, WSBA #56906
*Attorneys for Defendant*
222 Etruria Street
Seattle, WA 98109-1659
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | cargiannis@cwlhlaw.com

*Approved:*

**GLP ATTORNEYS, P.S., INC.**

Heather Webb, WSBA #39257

Tirra Seely, WSBA #55747
*Attorneys for Plaintiffs*
1854 S Burlington Blvd
Burlington, WA  98233
T: (360) 499-8740   F: (360) 588-4651
tseely@glpattorneys.com
hwebb@glpattorneys.com

No. 2:21−cv−00949−RSM
ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS – 2

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, Washington 98109-1659
(206) 622-0494/Fax (206) 587-2476